# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 43 EM 2016

    Respondent :

      v. :

DARRYL DEWS, :

    Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2016, the Application for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* and the Application for Assignment of Counsel are **DENIED**.